USDC SCAN INDEX SHEET

















KAJ    10/9/02    14:02
3:02-CV-01978   HANG V. ASHCROFT
*5*
*O.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHEA K. HANG,<br><br>        Petitioner,<br>v.<br><br>JOHN ASHCROFT, ET AL.<br><br>        Respondents. | CASE NO. 02cv1978-J (AJB)<br><br>**ORDER DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE.** |

## Background

Petitioner, a national of Cambodia, alleges that he was lawfully admitted to the United States and is now, and has been since either March 19, 2001, (Ser Decl. ¶ 15), or November 19, 2001, (*id.* ¶ 12), in the custody of the Immigration and Naturalization Service ("INS"). The INS has ordered petitioner removed because he has a criminal conviction. The order of removal became final on February 28, 2002. (*Id.* ¶ 17).

Petitioner requested a travel document from the Cambodian government on April 4, 2002, which was denied. He contends that his custody exceeds the implicit reasonable time limitation imposed by 8 U.S.C. § 1231(a)(6), *see Zadvydas v. Davis*, ___ U.S. ___, 121 S.Ct. 2491 (2001), and requests that this court order him released from INS custody under conditions of supervision provided for in 8 U.S.C. § 1231(a)(3).

///

ENTERED ON 10-09-02

## Request to Proceed *In Forma Pauperis*

A person filing a petition for writ of habeas corpus is required to pay a filing fee of $5.00 upon application for the writ, *see* 28 U.S.C. § 1914(a), or to submit an affidavit that includes a statement demonstrating that the person is unable to pay the $5.00 filing fee. *See* 28 U.S.C. § 1915(a)(1). Prisoners are further required to submit "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." *Id.* § 1915(a)(2).

Petitioner has filed an affidavit, a prison certificate stating that he has $142.76 and a Trust Account Withdrawal Authorization instructing the INS to calculate and disburse funds from his trust fund account pursuant to any court order relating to his petition. Petitioner's affidavit states that his family sends him approximately $100 every month. (App. ¶ 3). Based on petitioner's statements in the affidavit and accompanying documents, the court finds that he is able to pay the $5.00 filing fee. Accordingly, petitioner's request to proceed *in forma pauperis* is **DENIED** and the case is **DISMISSED** without prejudice. To have his case reopened, petitioner must, no later than **SIXTY DAYS** from the date this order is stamped "Filed" provide the court with (1) a copy of this order with the $5.00 filing fee; or (2) a copy of this order with adequate proof that petitioner cannot pay the $5.00 filing fee. Petitioner's request for appointment of counsel is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED October 8, 2002

NAPOLEON A. JONES, JR.
United States District Judge

cc: All Parties