USDC SCAN INDEX SHEET










KAJ    2/6/03    10:44
3:02-CV-01978   HANG V. ASHCROFT
*13*
*NTCF.*

CAROL C. LAM
United States Attorney
SAMUEL W. BETTWY
Special Assistant U.S. Attorney
California State Bar No. 094918
ROBERT H. PLAXICO
Assistant U. S. Attorney
California State Bar No. 054953
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7157

Attorneys for Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHEA HANG, <br><br> Petitioner, <br><br> v. <br><br> JOHN ASHCROFT, Attorney General of the United States; IMMIGRATION AND NATURALIZATION SERVICE, et al., <br><br> Respondents. | Case No. 02cv1978-J(AJB) <br><br> REPORT TO COURT |
| KININE KIM, <br><br> Petitioner, <br><br> v. <br><br> JOHN ASHCROFT, Attorney General of the United States; IMMIGRATION AND NATURALIZATION SERVICE, et al., <br><br> Respondents. | Case No. 02cv1524-J(LAB) |

SWB/RHP:Hang_KimRpt2Ct:2002V00719:2002V00573

On December 12, 2002 and December 6, 2002 respectively this Court denied the Petitions for Habeas Corpus filed by the two Cambodians specified in the above-caption. The Court directed Respondents to report to it as to the status of the two Petitioners.

As noted in the attached declaration, since the time of the government's Return, two additional groups of Cambodians have been repatriated to Cambodia. Because the process of removal has been established with Cambodia and is working, it is anticipated that Petitioners Hang and Kim will be repatriated in the foreseeable future.

DATED: February 4, 2003          CAROL C. LAM
                                 United States Attorney


                                 SAMUEL W. BETTWY
                                 Special Assistant U.S. Attorney

                                 ROBERT H. PLAXICO
                                 Assistant U.S. Attorney

```
 1  CAROL C. LAM
    United States Attorney
 2  SAMUEL W. BETTWY
    Special Assistant U.S. Attorney
 3  California State Bar No. 094918
    ROBERT H. PLAXICO
 4  Assistant U. S. Attorney
    California State Bar No. 054953
 5  Office of U.S. Attorney
    Federal Office Building
 6  880 Front Street, Room 6293
    San Diego, California 92101-8893
 7  Telephone: (619) 557-7157

 8  Attorneys for Respondents

 9

10                UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

13  SOPHEA HANG,                    )    Case No. 0:cv1978-J(AJB)
                                    )
14              Petitioner,         )
                                    )
15       v.                         )    DECLARATIC  OF
                                    )    VINCENT E. ARCHIBEQUE
16  JOHN ASHCROFT, Attorney General )
    of the United States; IMMIGRATION )
17  AND NATURALIZATION SERVICE, et al.,)
                                    )
18              Respondents.        )
                                    )
19  _____  )
                                    )
20  KININE KIM,                     )    Case No. (:cv1524-J(LAB)
                                    )
21              Petitioner,         )
                                    )
22       v.                         )
                                    )
23  JOHN ASHCROFT, Attorney General )
    of the United States; IMMIGRATION )
24  AND NATURALIZATION SERVICE, et al.,)
                                    )
25              Respondents.        )
                                    )
26                                  )
27  _____

28  SWB/RHP:ArchibequeDecHang_Kim 2002V00719:2002V00573
```

Vincent E. Archibeque states and declares as follows:

1. I am an employee of the United States Department of Justice, Immigration and Naturalization Service ("INS") I currently serve in the capacity as a Detention and Deportation Officer, Office of Detention and Removal Operations at INS Headquarters in Washington, D.C.

2. In my official capacity, I am familiar with the ongoing efforts of the United States Government to repatriate nationals of Cambodia.

3. This Declaration is intended to update my prior Declarations filed in the two above-captioned district court cases regarding the removability of the two-named Cambodian nationals, Sophea Hang (A 27 747 367) and Kinine Kim (A 25 289 140).

4. At the time of my prior declarations, twenty-seven of twenty-eight Cambodian nationals who had had travel documents issued, had been successfully repatriated.

5. Since that time, two additional groups of Cambodians have been repatriated to Cambodia, most recently a group of ten that were taken to Cambodia in the last week of January. The total number of Cambodian repatriations thus now totals forty-six.

6. The government has requested travel documents for Mr. Hang and Mr. Kim, and I am confident that they will be repatriated in the foreseeable future. In trying to secure travel documents for Cambodian nationals, the INS tries to give priority to those who are currently in INS custody.

///
///

1      I declare that the foregoing is true and correct to the best of
2  my knowledge under penalty of perjury
3
4      Executed this 4th day of February, 2003, at Washington, D.C.
5
6                                          VINCENT E. ARCHIBEQUE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KININE KIM, <br><br> Petitioner, <br><br> v. <br><br> JOHN ASHCROFT, Attorney General, IMMIGRATION AND NATURALIZATION SERVICE, <br><br> Respondent. | Civil No. 02cv1524-J(LAB) <br><br> CERTIFICATE OF SERVICE BY MAIL |

STATE OF CALIFORNIA ) <br>
                              ) ss. <br>
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Cynthia A. Melin-Schwartz, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and

On **February 5, 2003** I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of the following:

**Report to Court**

addressed to the attorney of record,

**Jason I. Ser, Esq.** <br>
**Federal Defenders of San Diego** <br>
**225 Broadway, Suite 900** <br>
**San Diego, CA 92101**

the last known address at which place there is delivery service of mail from the United States Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **5th** Day of **February 2003**.

CYNTHIA A. MELIN-SCHWARTZ